The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:18-MC-5000-BHS |
| Plaintiff, | (3:00-CR-5343-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| DANIEL F. NOBEL, | |
| Defendant/Judgment Debtor, | |
| and | |
| CERTIFIED CLEANING SERVICES INC., | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that the Garnishee, Certified Cleaning Services Inc., shall return to Defendant/Judgment Debtor Daniel F. Nobel, within 30 days of this Order, all of Mr. Nobel's property that

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Daniel F. Nobel and Certified Cleaning Services Inc.*, USDC#: 3:18-MC-5000-BHS/3:00-CR-5343-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

is withheld under this garnishment. The Garnishee is relieved of further responsibility pursuant to this garnishment.

DATED this _22_ day of _January_, 2018.

_____
JUDGE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Daniel F. Nobel and Certified Cleaning Services Inc.*, USDC#: 3:18-MC-5000-BHS/3:00-CR-5343-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970